**MAGUIRE LAW**
Dawn M. Maguire (Ariz. No. 020368)
10115 E. Bell Rd., Ste. 107 #498
Scottsdale, AZ 85260
Email: Dawn@MaguireLawAZ.com
Phone: (480) 304-8302

Attorney for Plaintiff Maureen Gaughan, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DAVID BRETT HARRIS and<br>BETHANNY LEIGH HARRIS,<br><br>Debtors. | Chapter 7<br><br>Case No. 4:21-bk-00591-SHG<br><br>Adv. No. 4:25-ap-00031-SHG |
| MAUREEN GAUGHAN, CHAPTER 7 TRUSTEE,<br>Plaintiff,<br><br>vs.<br><br>DAVID BRETT HARRIS, ASHLEY HARRIS, and their marital community, and BETHANNY LEIGH HARRIS,<br><br>Defendants. | **NOTICE OF STATUS HEARING**<br><br>**Hearing set as a Videoconference:**<br><br>**Date:** September 30, 2025<br>**Time:** 2:00 p.m.<br>**Location:** videoconference |

**NOTICE IS HEREBY GIVEN** that a status hearing on this adversary matter, pursuant to the Order re: Potential Dismissal (docket number 8) will be held on Tuesday, September 30, 2025, at 2:00 p.m. before Judge Gan.

**Time of Hearing**: Tuesday, September 30, 2025, at 2:00 p.m.

**Place of Hearing**: Videoconference

Parties are to appear by videoconference by visiting:

Interested parties are expected to appear by videoconference via https://www.zoomgov.com. The **hearing ID is 161 566 3365** and the **passcode is 157658**.

Alternatively, interested parties may use the following Zoom hearing link: https://www.zoomgov.com/j/1615663365?pwd=dHVJOTF5WitsVnU3Mk1pTWw5SzZadz09.

Participants are expected to join the videoconference 5 minutes prior to the scheduled hearing time and ensure that their full name (First and Last Name) is displayed for the record. For additional instructions regarding videoconferencing, please visit https://azb.uscourts.gov/videoconference-hearing-guidelines to review the Videoconference Hearing Guidelines.

DATED: August 5, 2025

**MAGUIRE LAW**

*/s/ Dawn M. Maguire #20368*
Dawn M. Maguire
Attorney for Plaintiff/Trustee

**E-FILED** on August 5, 2025 with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case.

**COPY** mailed the same date to:

David Brett Harris
P.O. BOX 1252
TAYLOR, AZ 85939
*Debtor/Defendant*

Bethanny Leigh Harris
P.O. BOX 1252
TAYLOR, AZ 85939
*Debtor/Defendant*

Ashley Harris
P.O. BOX 1252
TAYLOR, AZ 85939
*Defendant*

*/s/ Dawn M. Maguire*