**MAGUIRE LAW**
Dawn M. Maguire (Ariz. No. 20368)
10115 E. Bell Rd., Ste. 07 #498
Scottsdale, AZ 85260
Email: Dawn@MaguireLawAZ.com
Phone: (480) 304-8302

Attorneys for Plaintiff

# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 7 |
| DAVID BRETT HARRIS and BETHANNY LEIGH HARRIS, | Case No. 4:21-bk-00591-SHG |
| Debtors. | Adv. No. 4:25-ap-00031-SHG |
| MAUREEN GAUGHAN, CHAPTER 7 TRUSTEE, | |
| Plaintiff. | **CERTIFICATE OF SERVICE** |
| v. | |
| DAVID BRETT HARRIS, ASHLEY HARRIS, and their marital community, and BETHANNY LEIGH HARRIS, | |
| Defendants. | |

Maguire Law is counsel of record in this matter. I, Dawn Maguire, am a citizen of the United States, over the age of eighteen years and am otherwise competent to testify to the facts stated herein. I make this certification as evidence of service of the following two documents:

**ENTRY OF DEFAULT**
-and-
**NOTICE OF STATUS HEARING**

A copy of the foregoing was served via first-class mail, postage prepaid to each of the following on August 5, 2025:

David Brett Harris
P.O. BOX 1252
TAYLOR, AZ 85939
*Debtor/Defendant*

Bethanny Leigh Harris
P.O. BOX 1252
TAYLOR, AZ 85939
*Debtor/Defendant*

Ashley Harris
P.O. BOX 1252
TAYLOR, AZ 85939
*Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 5th day of August, 2025.

**MAGUIRE LAW**

*/s/ Dawn M. Maguire #20368*
Dawn. M. Maguire

[Not notarized pursuant to 28 U.S.C. § 1746]