**MAGUIRE LAW**
Dawn M. Maguire (Ariz. No. 020368)
10115 E. Bell Rd., Ste. 107 #498
Scottsdale, AZ 85260
Email: Dawn@MaguireLawAZ.com
Phone: (480) 304-8302

Attorney for Maureen Gaughan, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re:<br><br>DAVID BRETT HARRIS and<br>BETHANNY LEIGH HARRIS,<br><br>    Debtors. | Chapter 7<br><br>Case No. 4:21-bk-00591-SHG |
| MAUREEN GAUGHAN, CHAPTER 7 TRUSTEE,<br><br>    Plaintiff.<br><br>v.<br><br>DAVID BRETT HARRIS, ASHLEY HARRIS, and their marital community, and BETHANNY LEIGH HARRIS,<br><br>    Defendants. | Adv. No. 4:25-ap-00031-SHG<br><br>**MOTION FOR DEFAULT JUDGMENT AND DECLARATION OF COUNSEL IN SUPPORT THEREOF** |

Plaintiff Maureen Gaughan, the duly appointed Chapter 7 Trustee herein ("Plaintiff"), by and through undersigned counsel, hereby moves this Court for an order granting judgment by default against David Brett Harris, Ashley Harris, and their marital community, and Bethanny Leigh Harris ("Defendants"), for failure to answer or otherwise appear within the time provided.

1. On January 31, 2025, Plaintiff filed a Complaint against Defendants. (*See* Docket Entry "DE" No. 1.)

2. In said Complaint, Plaintiff requested judgment in Plaintiff's favor and against Defendants.

3. Plaintiff filed a Certificate of Service providing proof of service of the Summons and

Complaint on Defendants by mail on January 31, 2025. (*See* DE No. 7.)

4. When the Defendants failed to file an answer or other responsive pleading, the Plaintiff moved for an Application for Entry of Default on August 2, 2025. (*See* DE No. 10).

5. The Clerk of the U.S. Bankruptcy Court for the District of Arizona filed an entry of Default against Defendants on August 4, 2025. (*See* DE No. 14).

6. Upon information and belief, Defendants are not infants, incompetent or members of the military service.

7. Accordingly, Plaintiff requests judgment in Plaintiff's favor and against Defendants, as follows:

    a. 2020 Federal Refund in the amount of $14,308.38;

    b. the bankruptcy estate's portion of any 2020 State Refund, 2021 State Refund, and the bankruptcy estate's portion of any 2021 Federal Refund;

    c. Given the default, for Plaintiff's actual attorneys' fees, attorney's fees in the amount of $1,500.00 for the preparation and filing of the Complaint and filing of all default pleadings;

    d. For Plaintiff's actual costs, costs in the amount of $350.00 for the filing fee to file the Complaint;

    e. Revocation of the Debtors' discharge entered on June 1, 2021; and

    f. For such other and further relief as the Court deems just and proper.

8. Plaintiff requests that this Court make an express determination that there is no reason to delay the entry of judgment.

Respectfully submitted this 5th day of August, 2025.

**MAGUIRE LAW**
*/s/ Dawn M. Maguire*
Dawn. M. Maguire
Attorneys for the Plaintiff Maureen Gaughan

1 Copy of the foregoing mailed on August 5, 2025, to:

2

3 David Brett Harris
P.O. BOX 1252
4 TAYLOR, AZ 85939
*Debtor/Defendant*

5
Bethanny Leigh Harris
P.O. BOX 1252
6 TAYLOR, AZ 85939
*Debtor/Defendant*
7

8 Ashley Harris
P.O. BOX 1252
TAYLOR, AZ 85939
9 *Defendant*

10

11 */s/ Dawn Maguire*

12

13

14

15

16

17

18

19

20

21

22

23

24

## DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

I, Dawn M. Maguire, declare, depose and state as follows:

1. I am the attorney for Plaintiff in this action and make this Declaration in support of my Motion for Default Judgment.

2. Maguire Law filed a Complaint on behalf of Plaintiff against David Brett Harris, Ashley Harris, and their marital community, and Bethanny Leigh Harris ("Defendants").

3. The Summons and Complaint were served on Defendants by regular United States mail, properly addressed and postage fully prepaid on January 31, 2025.

7. Since Defendants did not file an answer or otherwise file a responsive pleading, I caused an Application for Entry of Default ("Application"), to be filed with the Clerk of Court and also caused a copy of the Application to be mailed to Defendants.

8. Upon information and belief, Defendants are not infants, incompetent or members of the military service.

I declare under penalty of perjury that the above is true and correct.

Dated this 5th day of August, 2025.

**MAGUIRE LAW**

*/s/ Dawn M. Maguire*
Dawn M. Maguire